# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00668-CR

**George Basquez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 5183, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING

George Basquez perfected an appeal from his conviction for driving while intoxicated, third offense. The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Court notified appellant's retained attorney of record that the appeal would be dismissed if the clerk's fee was not paid. The Court received no response to this notice. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: January 25, 2002

Do Not Publish